30304. HYDE *v.* THE STATE.

MacINTYRE, J. This is a companion case to *Hyde* v. *State*, ante. The two cases were tried together, and the instant writ of error is controlled by the ruling there made. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 25, 1944.